# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LYNN A. MCCOLLEY AND KAREN KIMMEL MCCOLLEY | § § § § | No. 426, 2019 |
| and | § § | |
| LYNN A. MCCOLLEY, AS TRUSTEE OF THE LYNN A. MCCOLLEY REVOCABLE TRUST DATED SEPTEMBER 26, 2001 | § § § § § § | Court Below – Court of Chancery of the State of Delaware<br><br>C.A. No. 2017-0014-PWG |
| and | § § § | |
| KAREN KIMMEL MCCOLLEY, AS TRUSTEE OF THE KAREN KIMMEL MCCOLLEY REVOCABLE TRUST DATED SEPTEMBER 26,2001, | § § § § § § § | |
| Defendants Below Appellants, | § § § § | |
| v. | § § § | |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CHEVY CHASE FUNDING LLC MORTGAGE BACKED CERTIFICATES SERIES 2007-2, | § § § § § § § | |
| Plaintiff Below, Appellee. | § § § | |

Submitted: April 22, 2020
Decided: May 6, 2020

Before **SEITZ**, Chief Justice; **VALIHURA**, and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

On this 6th day of May, 2020, the Court, having considered this matter on the briefs filed by the parties and the record below, has determined that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the December 27, 2018 final report, the June 6, 2019 bench ruling, and the September 9, 2019 letter opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice